# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CARLINE STONE BOLDING, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:24-cv-1070-RDP-GMB |
| WARDEN KIMBERLY NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 10) on May 14, 2025, recommending that the petition for a writ of habeas corpus (Doc. 1) be dismissed with prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be dismissed with prejudice.

A final judgment will be entered.

**DONE** and **ORDERED** this June 5, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE